UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DAVID and MARY TATARIAN

    Plaintiff,

vs.                                  Case No.: 14-13967
                                         Hon. Victoria A. Roberts

STILLMAN LAW OFFICE,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This parties having stipulated and agreed to a Dismissal with Prejudice of Defendant LAW OFFICES OF MICHAEL R. STILLMAN, P.C., a/k/a STILLMAN LAW OFFICE, from the within action, and this Honorable Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant LAW OFFICES OF MICHAEL R. STILLMAN, P.C., a/k/a STILLMAN LAW OFFICE, is DISMISSED with Prejudice, with no costs assessed as to either party.

**IT IS SO ORDERED.**

                                                  S/Victoria A. Roberts
                                                U.S. DISTRICT COURT JUDGE

Dated:  October 14, 2015